IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN MURDOCH, Individually and as Natural Guardians and Next Friends of Jacque Murdoch and Camry Murdoch, Minor Children; and POLLY MURDOCH, Individually and as Natural Guardians and Next Friend of Jacque Murdoch and Camry Murdoch, Minor Children;<br><br>            Plaintiffs,<br><br>    vs.<br><br>HIGH NOON FEEDS LLC, A Kansas Limited Liability Company;<br><br>            Defendant. | 4:14CV3048<br><br>MEMORANDUM AND ORDER |

    This case was removed from the District Court of Harlan County, Nebraska on March 5, 2014, (Filing No. 1). In their Notice of Removal, Plaintiffs allege complete diversity exists because Plaintiffs are residents of the state of Nebraska and Defendant is a Kansas Limited Liability Corporation. However, none of the pleadings submitted in this case identify the members of the LLC and each member's state of citizenship. Therefore, the court does not have the necessary facts before it to make a determination about the existence of complete diversity of citizenship in this case.

    Accordingly,

    IT IS ORDERED, pursuant to Fed. R. Civ. P. 7.1 and <u>GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.</u>, 357 F.3d 827, 828 (8th Cir. 2004), Defendant shall file a Corporate Disclosure Statement (http://www.ned.uscourts.gov/forms) on or before March 31, 2014.

    Dated this 24th day of March, 2014.

                                BY THE COURT:

                                <u>s/ Cheryl R. Zwart</u>
                                United States Magistrate Judge