IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN MURDOCH, Individually and as Natural Guardians and Next Friends of Jacque Murdoch and Camry Murdoch, Minor Children; and POLLY MURDOCH, Individually and as Natural Guardians and Next Friend of Jacque Murdoch and Camry Murdoch, Minor Children;<br><br>           Plaintiffs,<br><br>  vs.<br><br>HIGH NOON FEEDS LLC, A Kansas Limited Liability Company;<br><br>           Defendant. | 4:14CV3048<br><br>ORDER |

After conferring with counsel for the parties,

IT IS ORDERED:

1) The defendant's motion for leave to file a Third Party complaint, (Filing No. 22), is granted. The defendant's Third Party Complaint against Aurora Cooperative Elevator Company shall be filed on or before December 23, 2014, and shall be served promptly thereafter.

2) Other than the trial and pretrial conference settings, the unexpired progression order deadlines are stayed pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on **January 13, 2015** at **9:00 a.m.** to discuss the status of potential settlement or, in the alternative, a new progression schedule. Counsel for plaintiff shall place the call.

December 16, 2014.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge